1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9  STACEY E. RILEY,                    )   No. C 07-05196 TEH (PR)
                                        )
10          Petitioner,                 )   JUDGMENT
                                        )
11     vs.                              )
                                        )
12  ROBERT L. AYERS, JR., Warden,       )
                                        )
13          Respondent.                 )
                                        )
14  _____

15     For the reasons stated on the order of dismissal, this case is DISMISSED without
16  prejudice.  Judgment is entered accordingly.

17

18  IT IS SO ORDERED.

19  DATED:  03/27/08                    _____
                                         THELTON E. HENDERSON
20                                       United States District Judge

21
22
23
24
25
26
27
28